# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Electronic devices seized pursuant to a warrant authorizing the search of a residence located at 711 S. Prairie Street, Apt. 1, Liberty, Missouri 64068 | )<br>)<br>) Case No. 14-SW-00088-SWH<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Missouri____
*(identify the person or describe the property to be searched and give its location)*:

Electronic devices seized pursuant to a warrant authorizing the search of a residence located at 711 S. Prairie Street, Apt. 1, Liberty, Missouri 64068, currently located at 4100 N. Mulberry, Ste. 225, Kansas City, Missouri 64116

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
The specific property to be searched is listed on Attachment A.
The specific items to be searched for and seized are listed on Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____April 22, 2014____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Sarah W. Hays_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 04/08/2014 11:39 am


*Judge's signature*

City and state: Kansas City, Missouri

Sarah W. Hays, Chief United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

1.  The property to be searched, hereinafter the "Devices" are as follows:

    Items seized pursuant to a search warrant authorizing the search of a residence located at 711 S. Prairie Street, Apartment 1, Liberty, Missouri, 64068:

    a.  CDs & DVDs;

    b.  Kodak camera;

    c.  Nikon Coolpix camera;

    d.  Olympus camera;

    e.  Casio Exilim camera;

    f.  Verizon Samsung flip-style cellular telephone;

    g.  HTC cellular telephone (broken screen);

    h.  White Samsung cellular telephone;

    i.  Sprint HTC cellular telephone;

    j.  Seagate 1TB hard drive; and

    k.  Dell Inspiron One computer, serial number 4RFJSM1.

The Devices are currently located at 4100 N. Mulberry Drive, Suite 225, Kansas City, MO 64116.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

# ATTACHMENT B

1.  All records on the Device described in Attachment A that relate to violations of 18 USC 1028(a), Document Fraud and 18 USC 1546(a), Visa or Other Document Fraud, and involve Eriberto "Moises" MEDINA-Aranda, and other suspected co-conspirators since September 1, 2013 including:

   a. electronic templates of fraudulent identification documents and associated software;

   b. identifying information and photographs of suspected customers and other co-conspirators;

   c. graphic images of any identification documents;

   d. types, amounts, and prices of fraudulent identification documents trafficked as well as dates, places, and amounts of specific transactions;

   e. documents, spreadsheets, ledgers, notes, and graphic images related to types, amounts, and prices of fraudulent identification documents;

   f. any information related to sources of the document-making implements and supplies for the equipment (including names, addresses, phone numbers, or any other identifying information);

   g. emails contained on the hard drive of the computers;

   h. all information of the cellular telephones to include, but not limited to device information, phone book contacts, call logs, text messages, including attachments, and emails;

i. any information recording schedule or travel of Eriberto "Moises" MEDINA-Aranda, and other co-conspirators from September 1, 2013 to the present;

j. all bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 14-SW-00088-SWH | Date and time warrant executed: 04/21/2014 1300 | Copy of warrant and inventory left with: Gabriela MEDINA |
| Inventory made in the presence of: HSI S/A Scott Lindsey | | |

Inventory of the property taken and name of any person(s) seized:

Electronic data from within the Devices listed on Attachment A (inventory sheet attached).

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/22/2014

_____
Executing officer's signature

Edgar Jones, Special Agent
Printed name and title

 

# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### INVENTORY LOG

Date: 04/21/2014  Location: 4100 N Mulberry Dr, Suite 225  Page 1 of 1

| Item # | Item Description | Location Discovered | Time | Discovering Agent |
|---|---|---|---|---|
| 1 | Electronic data | CDs + DVDs | 1300 | S/A Scott Lindsey |
| 2 | ↓ | Kodak camera | | |
| 3 | | Nikon Coolpix camera | | |
| 4 | | Olympus camera | | |
| 5 | | Cost Ericsson camera | | |
| 6 | | Verizon Samsung phone | | |
| 7 | | HTC cellular phone | | |
| 8 | | White Samsung phone | | |
| 9 | | Sprint HTC cell phone | | |
| 10 | | Seagate 1 TB drive | | |
| 11 | ↓ | Dell Inspiron box | ✓ | ✓ |

Warrant Number: 14-SW-03088-SWH    Completed By: S/A Edgar Doer

Assistant Special Agent in Charge, 4100 North Mulberry Drive, Suite 225, Kansas City, MO 64116